AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

JOANN B. SIMPSON,  **ORDER ON APPLICATION**
      Plaintiff  **TO PROCEED WITHOUT**
    V.  **PREPAYMENT OF FEES**

COMMISSIONER of SOCIAL SECURITY,  CASE NUMBER: 1:10-AT-00131
      Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this 24th day of February, 2010.

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer