BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8927
Facsimile: (415) 744-0134
E-Mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JOANN SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 1:10cv00337 DLB<br><br>STIPULATION AND ORDER |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Pages 13 through 15 and pages 477 through 488 of the Certified Administrative Transcript are not relevant to the claim at issue in this action.

2) The Certified Administrative Transcript lodged with the Court and served on Plaintiff's attorney on July 8, 2010, and all copies of the Transcript will be destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Special Assistant U.S. Attorney/Assistant Regional Counsel. The Court will return its copy of the Transcript to the Assistant United States Attorney to be destroyed.

3) A new Certified Administrative Transcript will be filed in this action as part of the Commissioner's Answer to Plaintiff's Complaint.

4) The inclusion of pages 13 through 15 and pages 477 through 488 in the Certified Administrative Transcript will not be a basis for a claimed error.

          Respectfully submitted,

Dated: September 17, 2010
      *s/ Lawrence Rohlfing*
      (As authorized by email)
      LAWRENCE ROHLFING
      Attorney for Plaintiff

Date: September 17, 2010
      BENJAMIN B. WAGNER
      United States Attorney

      By *s/ Leslie Alexander*
      LESLIE ALEXANDER
      Special Assistant U. S. Attorney

      Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 20, 2010**      **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE