BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JOANN B. SIMPSON,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | 1:10cv00337 DLB<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  This case was recently reassigned, and Defense Counsel needs additional time to review the file and prepare a response in this matter.  The current due date is April 1, 2011.  The new due date will be May 2, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                    Respectfully submitted,

Dated: March 25, 2011         /s/ *Lawrence D. Rohlfing*
                                    (As authorized via e-mail on 3/24/11 at 3:51pm)
                                    LAWRENCE D. ROHLFING
                                    Attorney for Plaintiff

Dated:  March 25, 2011        BENJAMIN B. WAGNER
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    */s/ Lynn M. Harada*
                                    LYNN M. HARADA
                                    Special Assistant United States Attorney

IT IS SO ORDERED.

    Dated:   **March 28, 2011**                **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE